RECEIVED
BY: _____
JUN 0 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF LOUISIANA
Shreveport Division

| | |
|---|---|
| LOUIS P. "TREY" BARBER, III, and DEEDRA BARBER,<br>Plaintiff, | Civil Action No.<br>CV05-1627-S |
| VERSUS | |
| CITIFINANCIAL MORTGAGE COMPANY, INC. OF NEW YORK F/K/A ASSOCIATES HOME EQUITY SERVICES, INC.,<br>Defendant. | JUDGE HICKS<br>MAGISTRATE-JUDGE HORNSBY<br>JURY DEMANDED |

## PLAINTIFFS' NOTICE OF TENTATIVE SETTLEMENT

MAY IT PLEASE THE COURT:

Plaintiffs, LOUIS P. "TREY" BARBER, III, and DEEDRA BARBER, respectfully notify this Honorable Court that the parties to this lawsuit have reached a tentative settlement and are in the process of exchanging closing papers. The parties would respectfully request a standard order to complete the settlement process and submit a dismissal order.

Respectfully submitted,

**Bodenheimer, Jones & Szwak**

By: _____

**David A. Szwak, La.BR #21157, TA**
509 Market Street, 7th Floor
United Mercantile Bank Building
Shreveport, Louisiana 71101
(318) 221-6444
FAX 221-6555
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon opposing counsel of record, Charles Watts and Bill Kaufman, by placing a copy of same in the United States Mail, properly addressed and first class postage pre-paid on this the 30 day of May, 2006.

_____
OF COUNSEL