

RECEIVED
JUN 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LOUIS P. BARBER, III, ET AL. | CIVIL ACTION NO. 05-1627 |
| versus | JUDGE HICKS |
| CITIFINANCIAL MORTGAGE CO., INC. OF NEW YORK, ET AL. | MAGISTRATE JUDGE HORNSBY |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the plaintiffs that the above action has been settled,

**IT IS ORDERED** that this action is hereby **DISMISSED**, without prejudice to the right, upon good cause shown within ninety (90) days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby **DENIED AS MOOT**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 1st day of June, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE